**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6958**

———————

THEBOYETTE JEFFERIES,

                                    Petitioner - Appellant,

          versus

JAMES B. FRENCH,

                                    Respondent - Appellee,

          and

STATE OF NORTH CAROLINA,

                                    Respondent.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-98-647-5-BO)

———————

Submitted: November 18, 1999          Decided: November 23, 1999

———————

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Theboyette Jefferies, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Theboyette Jefferies seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Jefferies v. French, No. CA-98-647-5-BO (E.D.N.C. July 7, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    DISMISSED

2